**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7675**

BRANDON J. THOMPSON,

Petitioner - Appellant,

v.

FREDERICK ENTZEL,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:19-cv-00011-FPS-JPM)

Submitted:  April 14, 2020                           Decided:  April 16, 2020

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brandon J. Thompson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon J. Thompson, a federal prisoner, appeals the district court's order accepting the magistrate judge's recommendation, granting Respondent's motion to dismiss or for summary judgment, and dismissing Thompson's 28 U.S.C. § 2241 (2018) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thompson v. Entzel*, No. 5:19-cv-00011-FPS-JPM (N.D.W. Va. Sept. 30, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*